IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00203-002 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| XOCHITL VANESSA MORENO-GONZALEZ, | |
| Defendant. | |

The above named defendant having been sentenced on March 12, 2018, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**March 12, 2018**__      _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE